# EXHIBIT 3

## Kline, Scot

| | |
|---|---|
| **From:** | Lemuel Srolovic <Lemuel.Srolovic@ag.ny.gov> |
| **Sent:** | Wednesday, March 30, 2016 9:01 PM |
| **To:** | Matt Pawa |
| **Cc:** | Kline, Scot |
| **Subject:** | Re: Wall st journal |

My ask is if you speak to the reporter, to not confirm that you attended or otherwise discuss the event.

Sent from my iPhone

> On Mar 30, 2016, at 6:31 PM, Matt Pawa <mp@pawalaw.com> wrote:
>
> Lem and Scot - a WSJ reporter wants to talk to me. I may not even talk to her at all but if I do I obviously will have no comment on anything discussed at the meeting. What should I say if she asks if I attended? No comment? Let me know.
>
> MP
>
> Matt Pawa
> Pawa Law Group, P.C.
> 1280 Centre Street, Suite 230
> Newton Centre, MA 02459
> (617) 641-9550
> (617) 641-9551 facsimile
> www.pawalaw.com

IMPORTANT NOTICE: This e-mail, including any attachments, may be confidential, privileged or otherwise legally protected. It is intended only for the addressee. If you received this e-mail in error or from someone who was not authorized to send it to you, do not disseminate, copy or otherwise use this e-mail or its attachments. Please notify the sender immediately by reply e-mail and delete the e-mail from your system.

1