UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2021
```

CITY OF NEW YORK,

    *Plaintiff,*

    v.

EXXON MOBIL CORP., EXXONMOBIL OIL CORP., ROYAL DUTCH SHELL PLC, SHELL OIL CO., BP P.L.C., BP AMERICA INC., AND AMERICAN PETROLEUM INSTITUTE,

    *Defendants.*

Case No.: 1:21-cv-04807

# ~~[PROPOSED]~~ ORDER GRANTING ADMISSION *PRO HAC VICE*

The motion of Grace W. Knofczynski for admission *pro hac vice* in the above-captioned case is granted.

Applicant has declared that she is a member in good standing of the bars of the Commonwealth of Pennsylvania and the District of Columbia; her contact information is as follows:

    Grace W. Knofczynski
    KELLOGG, HANSEN, TODD,
      FIGEL & FREDERICK, P.L.L.C.
    1615 M Street, N.W., Suite 400
    Washington, D.C. 20036
    Tel.: (202) 326-7900
    Fax: (202) 326-7999
    Email: gknofczynski@kellogghansen.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Royal Dutch Shell plc and Shell Oil Company in the above-captioned case;

**IT IS HEREBY ORDERED** that Grace W. Knofczynski is admitted *pro hac vice* as counsel for Defendants Royal Dutch Shell plc and Shell Oil Company, in the above-entitled litigation in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the local rules of this Court, including the rules governing discipline of attorneys.

Dated:  6/3/2021

_____
DISTRICT JUDGE / MAGISTRATE JUDGE