```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
THE CITY OF NEW YORK,   :
                        :
              Plaintiff,   :
                        :
      -against-          :           21-CV-4807 (VEC)
                        :
                        :           ORDER TO SHOW CAUSE
EXXON MOBIL CORPORATION,   :
EXXONMOBIL OIL CORPORATION, ROYAL   :
DUTCH SHELL PLC, SHELL OIL COMPANY,   :
BP P.L.C., BP AMERICA INC., and AMERICAN   :
PETROLEUM INSTITUTE,   :
                        :
              Defendants.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on October 5, 2021, the Second Circuit stayed a decision by the District of Connecticut to remand a case similar to this action to Connecticut state court pending the defendant's appeal. *See Conn. v. Exxon Mobil Corp.*, No. 21-1446, Dkt. 80 (2d Cir. Oct. 5, 2021);

   IT IS HEREBY ORDERED that Plaintiff must, no later than **October 20, 2021**, show cause, in writing, why this action should not be stayed pending the Second Circuit's decision in *Connecticut v. Exxon Mobil Corporation*. Defendants' response is due by **November 3, 2021**. Plaintiff's reply is due by **November 10, 2021**.

   **SO ORDERED.**

Date: October 6, 2021                           _____
      New York, New York                        **VALERIE CAPRONI**
                                                **United States District Judge**