**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL  (1946-1956)
SIMON H. RIFKIND  (1950-1995)
LOUIS S. WEISS  (1927-1950)
JOHN F. WHARTON  (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(202) 223-7321

WRITER'S DIRECT FACSIMILE
(202) 204-7393

WRITER'S DIRECT E-MAIL ADDRESS
janderson@paulweiss.com

PARTNERS RESIDENT IN WASHINGTON
JUSTIN ANDERSON
J. STEVEN BAUGHMAN
CRAIG A. BENSON
JOSEPH J. BIAL
KAREN L. DUNN
KENNETH A. GALLO
ROBERTO J. GONZALEZ
WILLIAM A. ISAACSON
MARK F. MENDELSOHN
JANE B. O'BRIEN
JESSICA E. PHILLIPS
JEANNIE S. RHEE
CHARLES F. "RICK" RULE
KANNON K. SHANMUGAM
JULIA TARVER MASON WOOD

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*
EDWARD T. ACKERMAN*
JACOB A. ADLERSTEIN*
ALLAN J. ARFFA*
JONATHAN H. ASHTOR*
ROBERT A. ATKINS*
SCOTT A. BARSHAY*
PAUL M. BASTA*
LYNN B. BAYARD*
BRUCE BIRENBOIM*
H. CHRISTOPHER BOEHNING*
BRIAN BOLIN*
ANGELO BONVINO*
ANDRE G. BOUCHARD*
ROBERT A. BRITTON*
DAVID W. BROWN*
WALTER F. BROWN*
SUSANNA M. BUERGEL*
JESSICA S. CAREY*
DAVID CARMONA*
GEOFFREY R. CHEPIGA*
ELLEN N. CHING*
WILLIAM A. CLAREMAN*
LEWIS R. CLAYTON*
YAHONNES CLEARY*
JAY COHEN*
KELLEY A. CORNISH*
CHRISTOPHER J. CUMMINGS*
THOMAS V. DE LA BASTIDE III*
MEREDITH R. DEARBORN*
ARIEL J. DECKELBAUM*
ALICE BELISLE EATON*
ANDREW J. EHRLICH*
GREGORY A. EZRING*
ROSS A. FIELDSTON*
ANDREW C. FINCH*
BRAD J. FINKELSTEIN*
BRIAN P. FINNEGAN*
ROBERTO FINZI*
PETER E. FISCH*
HARRIS FISCHMAN*
ANDREW J. FOLEY*
HARRIS B. FREIDUS*
VICTORIA S. FORRESTER*
CHRISTOPHER D. FREY*
MANUEL S. FREY*
ANDREW L. GAINES*
MICHAEL E. GERTZMAN*
ADAM M. GIVERTZ*
SALVATORE GOGLIORMELLA*
NEIL GOLDMAN*
MATTHEW B. GOLDSTEIN*
CATHERINE L. GOODALL*
CHARLES H. GOOGE, JR.*
ANDREW G. GORDON*
BRIAN S. GRIEVE*
UDI GROFMAN*
NICHOLAS P. GROOMBRIDGE*
BRUCE A. GUTENPLAN*
MELINDA HAAG*
ALAN S. HALPERIN*
CLAUDIA HAMMERMAN*
BRIAN S. HERMANN*
JOSHUA HILL JR.*
MICHELE HIRSHMAN*
JARRETT R. HOFFMAN*
ROBERT HOLO*
DAVID S. HUNTINGTON*
AMRAN HUSSEIN*
LORETTA A. IPPOLITO*
JAREN JANGHORBANI*
BRIAN M. JANSON*
JEH C. JOHNSON*
BRAD S. KARP*
PATRICK N. KARSNITZ*
JOHN C. KENNEDY*
BRIAN KIM*
KYLE J. KIMPLER*
ALEXIA D. KORBERG*
ALAN W. KORNBERG*
DANIEL J. KRAMER*
BRIAN KRAUSE*
CAITH KUSHNER*
DAVID K. LAKHDHIR*
GREGORY F. LAUFER*
BRIAN C. LAVIN*
XIAOYU GREG LIU*
RANDY LUSKEY*
LORETTA E. LYNCH*
JEFFREY D. MARELL*
MARCO V. MASOTTI*
DAVID W. MAYO*
ELIZABETH R. MCCOLM*
JEAN M. MCLOUGHLIN*
ALVARO MEMBRILLERA*
CLAUDINE MEREDITH-GOUJON*
WILLIAM B. MICHAEL*
JUDIE NG SHORTELL*
CATHERINE NYARADY*
BRAD R. OKUN*
LINDSAY B. PARKS*
ANDREW M. PARLEN*
DANIELLE C. PENHALL*
CHARLES J. PESANT*
AUSTIN S. POLLET*
VALERIE E. RADWANER*
JEFFREY J. RECHER*
CARL L. REISNER*
LORIN L. REISNER*
WALTER G. RICCIARDI*
RICHARD A. ROSEN*
ANDREW N. ROSENBERG*
JUSTIN ROSENBERG*
JACQUELINE P. RUBIN*
RAPHAEL M. RUSSO*
ELIZABETH M. SACKSTEDER*
JEFFREY D. SAFERSTEIN*
JEFFREY B. SAMUELS*
KENNETH M. SCHNEIDER*
ROBERT B. SCHUMER*
JOHN M. SCOTT*
BRIAN SCRIVANI*
KYLE T. SEIFRIED*
AUDRA J. SOLOWAY*
CULLEN L. SINCLAIR*
SCOTT M. SONTAG*
SARAH STASNY*
TARUN M. STEWART*
ERIC ALAN STONE*
AIDAN SYNNOTT*
BRETTE TANNENBAUM*
RICHARD C. TARLOWE*
DAVID TARR*
MONICA K. THURMOND*
DANIEL J. TOAL*
LAURA C. TURANO*
CONRAD VAN LOGGERENBERG*
KRISHNA VEERARAGHAVAN*
JEREMY M. VEIT*
LIZA M. VELAZQUEZ*
MICHAEL VOGEL*
RAMY J. WAHBEH*
JOHN WEBER*
LAWRENCE G. WEE*
THEODORE V. WELLS, JR.*
LINDSEY L. WIERSMA*
STEVEN J. WILLIAMS*
LAWRENCE I. WITDORCHIC*
AUSTIN WITT*
MARK B. WLAZLO*
ADAM WOLLSTEIN*
JENNIFER H. WU*
BETTY YAP*
JORDAN E. YARETT*
KAYE N. YOSHINO*
TONG YU*
TRACEY A. ZACCONE*
TAURIE M. ZEITZER*
T. ROBERT ZOCHOWSKI, JR.*

*NOT ADMITTED TO THE DC BAR

November 3, 2021

**BY ELECTRONIC FILING**

Hon. Valerie E. Caproni
United States District Judge
U.S.D.C. for the Southern District of New York
40 Foley Square, Courtroom 443
New York, NY 10007

      Re:    *City of New York* v. *Exxon Mobil Corporation, et al.*,
             Case No. 1:21-cv-04807-VEC

Dear Judge Caproni:

      We represent Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation in the above-captioned matter and submit this letter on behalf of all Defendants in response to the Court's Order to Show Cause as to whether this action should be stayed pending the Second Circuit's decision in *Connecticut* v. *Exxon Mobil Corporation*, No. 21-1446 (2d Cir. Oct. 5, 2021).[1] *See* Dkt. 55. Plaintiff did not take a firm position in its October 19 response—simply noting that the motion to remand is "fully briefed and ready

---

[1] This submission does not operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection, including lack of personal jurisdiction, insufficient process, or insufficient service of process. *See, e.g.*, *Cantor Fitzgerald, L.P.* v. *Peaslee*, 88 F.3d 152, 157 n.4 (2d Cir. 1996); *Blau* v. *Allianz Life Ins. Co. of N. Am.*, 124 F. Supp. 3d 161, 171 n.6 (E.D.N.Y. 2015).

Hon. Valerie E. Caproni 2

to be decided by this Court" but acknowledging that the Court "may prefer to wait for further guidance in *Connecticut* before proceeding" given the similar grounds for removal at issue in that appeal. Dkt. 56.

Defendants submit that a stay is appropriate. As Plaintiff concedes, the pending appeal in *Connecticut* is likely to bear on the issues presented in the instant action. *See LaSala* v. *Needham & Co.*, 399 F. Supp. 2d 421, 427 (S.D.N.Y. 2005) (cited by Plaintiff). In particular, the Second Circuit is poised to address central issues in this lawsuit—whether federal common law or the federal officer removal statute provides federal jurisdiction over claims akin to those asserted here. *Compare* Brief of Appellant Exxon Mobil Corp. at 3, *Connecticut*, No. 21-1446 (2d Cir. Oct. 5, 2021), Dkt. 66, *with* Defs.' Opp. to Pl.'s Mot. to Remand §§ II, III, Dkt. 47. A stay while the Second Circuit addresses those issues would "potentially absolve [the parties] of the need to litigate a variety of issues otherwise presented here and thus avoid the need for unnecessary litigation." *In re MPM Silicones, L.L.C.*, No. 15-CV-2280 (NSR), 2017 WL 4386378, at *2 (S.D.N.Y. Oct. 2, 2017).

Staying this action will also best serve the interests of the courts by "promoting judicial efficiency." *Credit Suisse Sec. (USA) LLC* v. *Laver*, No. 18 CIV. 2920 (AT), 2019 WL 2325609, at *3 (S.D.N.Y. May 29, 2019). Additionally, a stay may "provide the Court a more solid foundation on which to rule" on several questions raised in Plaintiff's motion. *Mount* v. *PulsePoint, Inc.*, No. 13 Civ. 6592 (NRB), 2014 WL 902965, at *2 (S.D.N.Y. Mar. 5, 2014). In light of this posture and Plaintiff's acknowledgment of the valid reasons for the Court's contemplated stay, both the interests of the parties and the public interest would best be served by a stay.

For these reasons, Defendants submit that this action should be stayed pending issuance of the mandate in *Connecticut*.

                Respectfully submitted,

                */s/ Justin Anderson*

                Justin Anderson

cc:  All counsel via ECF