```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
 THE CITY OF NEW YORK,                                         :
                                                               :
                                   Plaintiff,                  :
                                                               :
                      -against-                                :    21-CV-4807 (VEC)
                                                               :
                                                               :         ORDER
                                                               :
 EXXON MOBIL CORPORATION,                                      :
 EXXONMOBIL OIL CORPORATION, ROYAL                             :
 DUTCH SHELL PLC, SHELL OIL COMPANY,                           :
 BP P.L.C., BP AMERICA INC., and AMERICAN                      :
 PETROLEUM INSTITUTE,                                          :
                                                               :
                                   Defendants.                 :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2021

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 5, 2021, the Second Circuit stayed a decision by the District of Connecticut to remand a case similar to this action to Connecticut state court pending the defendant's appeal, *see Conn. v. Exxon Mobil Corp.*, No. 21-1446, Dkt. 80 (2d Cir. Oct. 5, 2021);

WHEREAS on October 6, 2021, the Court ordered the parties to show cause in writing why this case should not be stayed pending the Second Circuit's decision in *Connecticut v. Exxon Mobil*, Dkt. 55;

WHEREAS on October 19, Plaintiff responded to the Court's order, indicating that "[a]lthough the Second Circuit would benefit from this Court's analysis of Defendants' removal grounds, the City understands that the Court may prefer to wait for further guidance in *Connecticut* before proceeding with the City's pending motion to remand," Dkt. 56; and

WHEREAS on November 3, 2021, Defendants responded, indicating that they do not oppose a stay pending the Second Circuit's decision, Dkt. 57;

IT IS HEREBY ORDERED that this case is STAYED pending the Second Circuit's decision in *Connecticut v. Exxon Mobil*. The parties must inform the Court within one week of the Second Circuit's final order resolving the appeal in that case.

The Clerk of Court is respectfully directed to stay the open motion at docket entry 37.

**SO ORDERED.**

**Date: November 12, 2021**
**New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**