UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF NEW YORK,<br><br>       *Plaintiff*,<br><br>    v.<br><br>EXXON MOBIL CORP., EXXONMOBIL OIL CORP., ROYAL DUTCH SHELL PLC, SHELL OIL CO., BP P.L.C., BP AMERICA INC., AND AMERICAN PETROLEUM INSTITUTE,<br><br>       *Defendants*. | Case No.: 1:21-cv-04807-VEC |

### NOTICE OF CHANGE OF PARTY NAMES

Defendant Royal Dutch Shell plc hereby informs the Court and all parties that it changed its name to Shell plc, effective January 21, 2022.

Defendant Shell Oil Company hereby informs the Court and all parties that it changed its name to Shell USA, Inc., effective March 1, 2022.

By filing this Notice, Defendants do not waive any right, defense, affirmative defense, or objection, including any challenges to personal jurisdiction over Defendants.

Dated:  March 15, 2022                        Respectfully submitted,

                                                  By:  */s/ David C. Frederick*
                                                     David C. Frederick (*pro hac vice*)
                                                     James M. Webster, III (*pro hac vice*)
                                                     Daniel S. Severson
                                                     Grace W. Knofczynski (*pro hac vice*)
                                                     KELLOGG, HANSEN, TODD,
                                                         FIGEL & FREDERICK, P.L.L.C.
                                                     1615 M Street, N.W., Suite 400
                                                     Washington, D.C. 20036
                                                     Tel.: (202) 326-7900
                                                     Fax: (202) 326-7999
                                                     Email: dfrederick@kellogghansen.com

Email: jwebster@kellogghansen.com
Email: dseverson@kellogghansen.com
Email: gknofczynski@kellogghansen.com

*Counsel for Defendants Shell plc (f/k/a Royal Dutch Shell plc) and Shell USA, Inc. (f/k/a Shell Oil Company)*