UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/24

THE CITY OF NEW YORK,

          Plaintiff,

- against -

EXXON MOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, ROYAL DUTCH SHELL PLC, SHELL OIL COMPANY, BP P.L.C., BP AMERICA INC. and AMERICAN PETROLEUM INSTITUTE,

          Defendants.

Case No. 21-CV-4807 (VEC)

**STIPULATION AND ORDER REGARDING COSTS AND FEES**

This Stipulation ("Stipulation") is entered into between Plaintiff The City of New York and Exxon Mobil Corporation, ExxonMobil Oil Corporation, Shell plc (f/k/a Royal Dutch Shell plc), Shell USA, Inc. (f/k/a Shell Oil Company), BP p.l.c., BP America Inc., and American Petroleum Institute (collectively, "Defendants").

WHEREAS, on April 22, 2021, the City of New York brought this action against Defendants in the Supreme Court of the State of New York;

WHEREAS, on May 28, 2021, this action was removed to the United States District Court for the Southern District of New York (ECF No. 1);

WHEREAS, on July 7, 2021, Plaintiff filed a motion to remand this action to state court (ECF No. 37);

WHEREAS, on October 4, 2023, Plaintiff's motion to remand was denied without prejudice and with leave to refile in light of the Second Circuit's decision in *Connecticut* v. *Exxon Mobil Corp.*, 83 F.4th 122 (2d Cir. 2023) (ECF No. 63);

WHEREAS, on October 20, 2023, Plaintiff submitted a renewed motion to remand this action to state court (ECF No. 68);

WHEREAS, on May 8, 2024, this Court granted Plaintiff's motion to remand (the "Remand Order") and, in that order, granted Plaintiff's request for costs and fees as to five of the six bases for removal contested in the renewed remand motion (ECF No. 81);

WHEREAS, the Remand Order found that Plaintiff is not entitled to costs and fees associated with the Defendants' sixth ground for removal, diversity jurisdiction, because "the Court cannot say that it was unreasonable for Defendants to press that argument";

WHEREAS, the Remand Order provided that "[t]he parties must meet and confer and attempt to reach agreement on the amount of such fees and costs. If the parties cannot reach agreement by June 28, 2024, the City must submit a fees application not later than July 19, 2024, with supporting documentation regarding the fees and costs it incurred in litigating those five grounds for removal" (ECF No. 81 at 23–24);

WHEREAS, on June 7, 2024, Defendants timely filed a notice of appeal of the award of costs and fees in the Remand Order (ECF No. 82);

WHEREAS, the parties have met and conferred about the amount of fees and costs, and Plaintiff is seeking $68,262.46;

WHEREAS, Defendants do not agree that any award of costs and fees is warranted and do not concede that the amount of costs and fees sought by Plaintiff accurately reflects the actual costs and expenses incurred by the City and thus compensable under 28 U.S.C. § 1447(c);

WHEREAS, notwithstanding that disagreement and with a reservation of all rights, defenses, affirmative defenses, claims, and objections, including to the lack of personal

2

jurisdiction, the parties have stipulated that the amount of costs and fees to be owed, in the event the pending appeal results in an affirmance, shall be the amount sought by Plaintiff;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, as follows:

1. In the event the order awarding Plaintiff costs and fees is affirmed, Defendants agree collectively to pay $68,262.46 to the City within 30 days following entry of the mandate;

2. By agreeing now to pay the City $68,262.46 in the event the appeal results in an affirmance, Defendants do not in any way waive any rights or arguments they have with respect to the pending appeal, nor shall this agreement be asserted by the City or Defendants in support of any argument raised in Defendants' appeal of the award of costs and fees;

3. By entering into this stipulation, the City does not waive any rights or arguments they have with respect to Defendants' pending appeal or with respect to seeking costs and fees incurred in litigating that appeal;

4. Because the parties have reached an agreement as to the amount of costs and fees to be awarded to Plaintiff, Plaintiff will not be submitting a fee application, and no further action from the district court is required.  Accordingly, the May 8, 2024 Remand Order is a final order for the purposes of the Second Circuit's appellate jurisdiction under 28 U.S.C. § 1291.

Dated: New York, New York  
      July 9, 2024

Respectfully submitted,

*/s/ Hilary Meltzer*  
Hilary Meltzer  
Alice R. Baker

*/s/ Theodore V. Wells, Jr.*  
Theodore V. Wells, Jr.  
Daniel J. Toal

Nathan Taylor
CORPORATE COUNSEL OF THE CITY
OF NEW YORK
100 Church Street
New York, New York 10007
Tel: (212) 356-2072
Email: hmeltzer@law.nyc.gov
Email: albaker@law.nyc.gov
Email: ntaylor@law.nyc.gov

Matthew K. Edling
Victor M. Sher
Michael H. Burger
Katie Jones
Quentin C. Karpilow
SHER EDLING LLP
100 Montgomery St., Ste. 1040
San Francisco, CA 94104
Tel: (628) 231-2500
Fax: (628) 231-2929
Email: matt@sheredling.com
Email: vic@sheredling.com
Email: michael@sheredling.com
Email: katie@sheredling.com
Email: quentin@sheredling.com

*Attorneys for Plaintiff City of New York*

Nancy G. Milburn
Diana E. Reiter
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel:  (212) 836-8000
Fax:  (212) 836-8689
Email: nancy.milburn@arnoldporter.com
Email: diana.reiter@arnoldporter.com

John D. Lombardo (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel:  (212) 373-3000
Fax:  (212) 757-3990
Email: twells@paulweiss.com
Email: dtoal@paulweiss.com

*Attorneys for Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation*

David C. Frederick (*pro hac vice*)
James M. Webster, III (*pro hac vice*)
Daniel S. Severson
Grace W. Knofczynski (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Tel:  (202) 326-7900
Fax:  (202) 326-7999
Email:  dfrederick@kellogghansen.com
Email:  jwebster@kellogghansen.com
Email:  dseverson@kellogghansen.com
Email:  gknofczynski@kellogghansen.com

Loly G. Tor
K&L GATES LLP
599 Lexington Ave.
New York, NY 10022
Tel: (973) 848-4026
Fax: (973) 848-4001
Email: loly.tor@klgates.com

*Attorneys for Defendants Shell plc (f/k/a Royal Dutch Shell plc) and Shell USA, Inc. (f/k/a Shell Oil Company)*

Aaron F. Jaroff
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104
Tel:  (212) 548-2133
Email: ajaroff@mcguirewoods.com

4

Facsimile: (213) 243-4199
E-mail: john.lombardo@arnoldporter.com

Jonathan W. Hughes (*pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
Email: jonathan.hughes@arnoldporter.com

*Attorneys for Defendants BP p.l.c. and BP America Inc.*

Brian D. Schmalzbach (*pro hac vice*)
Jeremiah J. Anderson (*pro hac vice*)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Tel: (804) 775-100
Email: bschmalzbach@mcguirewoods.com
Email: jjanderson@mcguirewoods.com

*Attorneys for Defendant American Petroleum Institute*

SO ORDERED.

*[signature: Valerie Caproni]*   7/10/24

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE