UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of November, two thousand twenty-five,

_____

The City of New York,

        Plaintiff - Appellee,

v.

Exxon Mobil Corporation, ExxonMobil Oil Corporation, Royal Dutch Shell PLC, Shell Oil Company, BP P.L.C., BP America Inc., American Petroleum Institute,

        Defendants - Appellants.

_____

STATEMENT OF COSTS

Docket No. 24-1568



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 17, 2025

IT IS HEREBY ORDERED that costs are taxed in the amount of $136.00 in favor of the appellee, the City of New York.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court